UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20490-CIV-MORENO

RAFAEL PEREZ,

    Plaintiff,

vs.

LINDA SWACINA District Director, USCIS, Miami, ERIC H. HOLDER, Attorney General, United States, JANET NAPOLITANO, Secretary of the Department of Homeland Security,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### ORDER GRANTING MOTION TO DISMISS AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss (**D.E. No. 6**), filed on **May 7, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court agrees with Defendants that Plaintiff has failed to sufficiently plead the Court's jurisdiction over this matter. Additionally, pursuant to S.D. Fla. L.R. 7.1(C), the Court finds sufficient grounds for granting the motion by default because Plaintiff has failed to respond. Plaintiff's response was due on May 24, 2010 and Plaintiff did not file for an extension of time until June 9, 2010, which was passed the deadline to respond. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice. Further, all pending motions are denied as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record